# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| KCI AUTO AUCTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-6086-CV-W-NKL |
| ALONZO ANDERSON, et al., | ) |
| Defendants. | ) |

## **REPORT AND RECOMMENDATION**

On December 20, 2018, the Hon. Nanette K. Laughrey Ordered (Doc. No. 139) defendant Alonzo Anderson to appear before the Court on January 22, 2019, at 10:00 a.m. at the United States District Court, 400 E.9th St., Kansas City, Missouri 6106 for the purpose of showing cause why he should not be held in contempt of Court for failing to comply with the Court's Order of November 17, 2018 (Doc. No. 134), directing him to respond to plaintiff KCI Auto Auction, Inc.'s post-judgment interrogatories and requests for document production. Judge Laughrey directed that this Order be served on defendant Anderson by both regular mail and certified mail, return receipt requested. The certified mail was ultimately returned as non-deliverable (Doc. No. 142).

On January 8, 2019, Judge Laughrey referred the show cause hearing to the undersigned (Doc. No. 141). On January 22, 2019, at 10:00 a.m. the matter was called for the show cause hearing before the undersigned. Mr. Shawn E. Stewart appeared as counsel for plaintiff KCI Auto Auction, Inc. Defendant Alonzo Anderson did not appear in the Courtroom. At the Court's request, Mr. Stewart went to the lobby outside the courtroom and called for defendant Anderson. Mr. Stewart reported that defendant Anderson did not respond and the only person

present in the lobby outside the courtroom was not defendant Anderson. Mr. Stewart advised the Court that his last communication with defendant Anderson had been sometime before the Court's Order of November 17, 2018 (Doc. No. 134), directing defendant Anderson to respond to plaintiff KCI Auto Auction, Inc.'s post-judgment interrogatories and requests for document production.

In sum, defendant Anderson failed to appear for the show cause hearing as he was directed to do so by the Court's Order of December 20, 2018 (Doc. No. 139) and has failed to comply with the Court's Order of November 17, 2018 (Doc. No. 134), directing him to respond to plaintiff KCI Auto Auction, Inc.'s post-judgment interrogatories and requests for document production.

Accordingly, it is

RECOMMENDED that, following an independent review of the record, the District Court find that defendant Alonzo Anderson failed to appear at the show cause hearing on January 22, 2019, as he was directed to do so by the Court's Order of December 20, 2018 (Doc. No. 139) and that defendant Alonzo Anderson has failed to comply with the Court's Order of November 17, 2018 (Doc. No. 134), directing him to respond to plaintiff KCI Auto Auction, Inc.'s post-judgment interrogatories and requests for document production, and that he is in contempt of the Orders of the District Court.

RECOMMENDED that the United States District Court Judge, after making her own independent review of the record, hold the defendant in contempt of this Court, and direct the United States Marshal for the Western District of Missouri to arrest the defendant, and bring him before the Court. It is further

ORDERED that the Clerk of the United States District Court is directed to serve a copy of

this Report and Recommendation, by certified mail and regular United States mail, upon the defendant, Alonzo Anderson, at his last known address of 2551 N. Delrose, Wichita, Kansas, 67220.

Under 28 U.S.C. § 636(b)(1), the parties may make specific written exceptions to this recommendation within 14 days. If additional time is needed, a motion for an extension of time must be filed within ten days. The motion should state the reasons for the request. See <u>Nash v. Black</u>, 781 F. 2d 665, 667 (8th Cir. 1986) (citing <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>Messimer v. Lockhart</u>, 702 F. 2d 729 (8th Cir. 1983). Failure to make specific written exceptions to this report and recommendation may result in a waiver of the right to appeal.

                                                   */s/ JOHN T. MAUGHMER*
                                                    John T. Maughmer
                                               United States Magistrate Judge