IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| KCI AUTO AUCTION, INC. | ) | |
| | ) | |
| Plaintiff/Judgment Creditor, | ) | |
| v. | ) | Case No. 17-06086-CV-SJ-NKL |
| | ) | |
| ALONZO D. ANDERSON, et al. | ) | |
| | ) | |
| Defendants/Judgment Debtors. | ) | |

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff/Judgment Creditor KCI Auto Auction, Inc., by and through its counsel of record, does hereby give notice of its intent to serve a *Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action* upon non-party **EXPERIAN INFORMATION SOLUTIONS INC.,** for the production of any and all documents, records and information in its file and possession, including the Consumer Report and the Credit Report, related or pertaining to the complete credit history and consumer file of Alonzo D. Anderson, whose last known address is 2551 N. Dellrose, Wichita, KS 67207, pursuant to and in accordance with the Fair Credit Reporting Act.

Experian Information Solutions, Inc. will be required to produce the documents, records and information requested in the attached Subpoena by April 1, 2019 to Plaintiff/Judgment Creditor's attorneys of record via electronic mail at shawn@slkc.biz or by regular mail to 14514 W. 49th St., Shawnee, KS 66216.

1

Dated: March 11, 2019                    Respectfully submitted,

**STEWART LAW FIRM, L.C.**

By: s/ SHAWN E. STEWART
   Shawn E. Stewart          KS Bar 19711
   14514 W. 49th Street
   Shawnee, KS  66216
   Telephone: (913) 302-6517
   Email: shawn@slkc.biz
   *Attorneys for Judgment Creditor*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 11th day of March, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. The undersigned hereby certifies that a true and correct copy of the foregoing was sent via United States Postal Service mail on the following non CM/ECF participants, on this 11th day of March, 2019 to:

| | | | | |
|---|---|---|---|---|
| (i) | Tom Ephrem<br>6502 E. 15th St. N.<br>Wichita, KS  67206 | | (v) | Angelo Jefferson<br>8019 E. Orme<br>Wichita, KS  67207 |
| (ii) | Danny Ephrem<br>8002 Peach Tree Ln<br>Wichita, KS  67207 | | (vi) | Quality Used Cars, LLC<br>2759 S. Broadway<br>Wichita, KS  67216 |
| (iii) | David Ephrem<br>8001 E. Orme<br>Wichita, KS  67207 | | (vii) | Angelo Jefferson<br>8001 E. Orme<br>Wichita, KS  67207 |
| (iv) | Barry Ristick<br>8002 Peach Tree Ln<br>Wichita, KS  67207 | | (viii) | Barry Ristick<br>8002 Mockingbird Lane<br>Wichita, KS  67207 |
| (ix) | David Ephrem<br>8002 Peach Tree Ln<br>Wichita, KS  67207 | | (x) | Alonzo D. Anderson<br>Lucky 7 Used Cars, LLC<br>Lucky 7 Discount Auto Sales, LLC<br>2551 N. Dellrose<br>Wichita, KS  67220 |

        s/  SHAWN E. STEWART
        Attorney for Judgment Creditor KCI Auto Auction, Inc.